IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CYNTHIA SAXIONES, | § | |
| Plaintiff, | § | |
| v. | § | No. 3:04-CV-1390-BF (P) |
| | § | |
| JOHN E. POTTER, POSTMASTER | § | |
| GENERAL, UNITED STATES POSTAL | § | |
| SERVICE, | § | |
| Defendant. | § | |

## JUDGMENT

This action came on for trial before the Court and a jury, the Honorable Paul D. Stickney, United States Magistrate Judge, presiding. The issues having been duly tried and the jury having duly rendered its verdict,

It is Ordered and Adjudged that Plaintiff, Cynthia Saxiones, take nothing, that the action be dismissed on the merits, and that Defendant, John E. Potter, Postmaster General, United States Postal Service, recover his costs that are taxable by the Clerk of Court.

Dated, September 6, 2006.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE